**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6127

VINCENT EUGENE WILLIAMS,

Plaintiff - Appellant,

versus

C. FIX; A. MORRIS; L. M. KIER; L. RICHARDS;
W. COOK; L. M. SAUNDERS; D. SWISHER; AUGUSTA
CORRECTIONAL CENTER; LARRY HUFFMAN; JACK LEE,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-9-740-R)

Submitted:  May 15, 1997            Decided:  May 29, 1997

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent Eugene Williams, Appellant Pro Se.   Susan Campbell
Alexander, Assistant Attorney General, Collin Jefferson Hite,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Fix, No. CA-95-740-R (W.D. Va. Dec. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2